# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA, <br><br> Plaintiffs, <br><br> DIANA SANCHEZ, <br><br> Defendant. | Case No. 16-cr-00017-DMS (BLM) <br><br> **ORDER GRANTING DEFENDANT'S MOTION TO SET A DATE FOR OSC HEARING, ORDER DISCLOSURE OF POLICE REPORTS TO THE DEFENSE, AND ISSUE A WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

Pending before the Court is Defendant Diana Sanchez's Motion to Set a Date for OSC Hearing, Order Disclosure of Police Reports to the Defense, and Issue a Writ of *Habeas Corpus ad Prosequendum*. (ECF No. 86.) The government does not oppose the motion.[1] (ECF No. 87.)

## I.
## BACKGROUND

On March 3, 2016, Defendant pled guilty to conspiracy to distribute methamphetamine. (ECF No. 24.) The Court sentenced her to 37 months in custody to be followed by 3 years of supervised release on June 3, 2016. (ECF No. 43.)

On December 5, 2019, Defendant admitted to violating the terms of her supervised release. (ECF Nos. 62–63.) The Court accordingly revoked her supervised release and sentenced her to 5 months in custody consecutive to her state sentence to be followed by 2 years of supervised release. (*Id.*)

On September 17, 2020, United States Probation requested a warrant alleging Defendant was arrested for possession of methamphetamine and drug paraphernalia in violation of California law. (ECF No. 83.) Probation further alleges that Defendant failed a drug test, failed to comply with drug treatment program rules, associated with a felon, and failed to report police contact to Probation. (*Id.*) The Court issued a bench warrant for those violations on September 18, 2020. (ECF No. 84.) Probation then filed an amended request on November 18, 2020 specifying the precise amount of methamphetamine with which Defendant had been apprehended (79.29 grams), and alleging both that Defendant had been arrested on an outstanding warrant and that the San Diego County District Attorney's Office had filed criminal charges against Defendant for the state law violations. (ECF No. 85.)

Defendant was arrested for these offenses on October 3, 2020. (*Id.*) She is currently in local custody at the Las Colinas Detention and Reentry Facility in Santee, CA. (*Id.*) Defendant was convicted of possession for sale of methamphetamine on December 23, 2020. (ECF No. 86-1, Ex. B.) She was sentenced to a stipulated 2-year term based on a pre-plea agreement that her "[c]ustody time may be served concurrent with any Federal Probation violation resulting from the offense." (*Id.*) The San Diego County Sheriff's Office projects that Defendant will be released from state custody on October 3, 2021. (ECF No. 86-1, Ex. A)

## II.
## ORDER

The Court has the authority to issue a writ of *habeas corpus ad prosequendum* directing state prison officials to deliver a prisoner to federal custody to face pending

charges.  *Carbo v. United States*, 364 U.S. 611, 616–20 (1961).  Defendant argues failure to grant such a writ in this case would violate her rights to due process under the Fifth and Fourteenth Amendments to the United States Constitution.  (ECF No. 86, at 4–5.)  The government does not oppose the issuance of the requested writ, but argues that the Court's refusal to grant a writ in this case would not implicate Defendant's due process rights.  (ECF No. 87, at 2–5.)  However, the Court need not resolve this dispute to rule on the present motion.  Considering the government's non-opposition to Defendant's motion and the considerable judicial efficiency issuing such a writ would confer, the Court hereby issues a writ of *habeas corpus ad prosequendum*.  Defendant shall be produced for an OSC hearing before this Court on **July 2, 2021 at 11:00 a.m.**  The Court further orders United States Probation to disclose any police reports related to Defendant's case to the defense.

**IT IS SO ORDERED.**

Dated: June 2, 2021

Hon. Dana M. Sabraw
United States Chief District Judge